# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128993
 (47)

NELLIE SCHULTZ and
JAMES SCHULTZ,
            Plaintiffs-Appellees,

v

HENRY FORD HEALTH SYSTEMS, d/b/a
RIVERSIDE OSTEOPATHIC HOSPITAL,
            Defendant-Appellant.

SC: 128993
COA: 252643
Wayne CC: 03-314226-NO

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 8, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

l0221